## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ROBERT HATCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:12-cv-184-JMS-WGH |
| | ) | |
| DR. ROHANA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Entry Directing Further Proceedings

Robert Hatcher, a state prisoner, has filed this action pursuant to 42 U.S.C. § 1983, "the ubiquitous tort remedy for deprivations of rights secured by federal law (primarily the Fourteenth Amendment) by persons acting under color of state law." *Jackson v. City of Joliet,* 715 F.2d 1200, 1201 (7th Cir. 1983), *cert. denied,* 465 U.S. 1049 (1984).

To state a claim under § 1983, "a plaintiff must allege that the defendants deprived him of a right secured by the Constitution or laws of the United States, and that the defendants acted under color of state law." *Lekas v. Briley,* 405 F.3d 602, 606 (7th Cir. 2005). "[T]he first step in any [' 1983] claim is to identify the specific constitutional right infringed." *Albright v. Oliver,* 510 U.S. 266, 271 (1994); *see Conyers v. Abitz,* 416 F.3d 580, 586 (7th Cir. 2005)(A[C]onstitutional claims must be addressed under the most applicable provision.@).

The plaintiff shall have **through July 31, 2012**, in which to supplement his complaint by identifying which constitutional right was infringed by each of the defendants and how each of the defendants infringed on that constitutional right.

A **copy of the complaint shall be included** with the plaintiff's copy of this Entry.

**IT IS SO ORDERED.**

Date: 07/09/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Robert Hatcher
#112855
Putnamville Correctional Facility
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN   46135